5:22-cv-472-SPC-PRL

In The Honorable Federal Court
of Ocala, Florida

NOTICE FOR AN URGENT VERBALIZED OMNIBUS
FILING MOTION TO BE UNBREACHED

Dear Honorable Chief,

IF is authentically by Sandra Lynn Williams-Pettus-pro-se etc under enormous duresses, including multisabataging induced doubts toward rewordsmithings across needs for redueing multirisks in duty etc. upon private and/or public citizens or people. As I do know where there has been evidence of multiunconstitutional and/or anticonstitutional disservices etc that has long been accuring upon matters totally against the laws and Rights Exerted In The United States Of North America; on and before as well as thereafter this October 7th And October 5th Evening of 2022 A.D. On Cameras in the dorm and audio in-

1 of 11

to when the further additional submatters to multi-brazen disregards upon the federal and states Constitutions entently and knowingly at breaking them. undetailed

Waivers of formalities and copies in filings are needed to not induce risks, or doubts nor contribute to a ring of doubtmasters in obstructings that has been thrawtingly taught by letters under the law with powers that have been beyond my abilities to stop or prosecute as Hon. Ordered for myself before to do. from the Hon Upper Appeals Court 5th District In 1999? or 1998 A.D. Where in order to preserve matters of vital injustices, wrongs and cover-ups nonwondered to risksful wonders upon credible

proofs. To maintain composure objectively through even these more riskier crisises and I felt impelled to not wait longer and disenchanted my wishes in celebrating on the phone Birth-day time with my grandaughter last night to ask and explain briefly to my love-one there to call here and the inspectors office about seeing me privately. May the Honorable issue for all audios and/or artificial communications and multicameras at certain times to corroborate, are gone surfacely but not unsurfacely. This is inequalities farther than multinondections before and still after imprisoned and way outpowered Intellectually, as well academically and people antiposed decietfully etc sabatages however

I have tried to my best of abilities at mustering to pursue through even prograstinations by pre risks and limited accesses if any really toward copies of Exhibits Enclosed. That if I may recieve back a copy of them?, please and thank you is pleaded also from the Honorable. to this petitioner and if not ampt to be possiable. may the Hon Court Clerk forward to the 11th Circuit Court 31 Jefferson Blvd St. Charles, Missouri 63301 314-949-3080 In part of a correlation to this is on a Monday of or near May 28, 2022 AD I sent from Legal mail about this an Emergency Motion Filing at Hon Clerk of Court In Volusia

County Florida 251 N. Ridgewood Ave Daytona Beach Florida 32114.

As of this date I have not yet recieved anything on it, that has happened several times before. An Upstanding Kind hearted U.S. citizen named Mrs. Eve Marie Labiano had called them and left me an e-mail that she tried to find out the status on it, at 386-736-5910 Allthough she was told basically she was not allowed to know the status is what I grasped either when She told me this on the phone and a Kios e-mail machine. Her home phone 386) 346-5082. She also sent me the Honor-able address sometime ago. Evenso The mental and physical fatigue and ailments

Amongst the most vital worrisome pre risks wonders upon my love-ones that this petitioner cant try and simply say about other than by this pleading in my best of efforts to seek help through the Honorable Federal Courts stat in concluding this on the 7th of October 2022 A.D. With too requesting for the 5th District Court of Hon Appeals can recieve also a copy of this as well please! There address may be 300 South Beach, Fl 32114. As Hon Orders from mail process was never recieved by me and records Thank-you and if by

Enclosed 5 Exhibits

Sandra Lynn Williams Pettus

Unnotorized other than stamp as no choice cause I have been trying to avoid to not contribute to the counter-faiting etc ring for silencings-measures.

6 of 11



# The Florida Bar
651 East Jefferson Street
Tallahassee, FL 32399-2300

John F. Harkness, Jr.
Executive Director

Joshua E. Doyle
Executive Director Designate

September 18, 2017

Ms. Sandra Lynn Williams-Pettus, #0-894228
Lowell Correctional Institution Annex
11120 NW Gainesville Rd
Ocala, FL 34482-1479

Re:     Request for information

Dear Ms. Williams-Pettus:

The Florida Bar has received your recent correspondence. We have no jurisdiction over the matter you are presenting. Therefore, no further action will be taken by The Florida Bar on this issue.

If you have any questions regarding this correspondence, please call (850) 561-5774.

Sincerely,

Kathryn Nelson
Legal Division

KN/kb

651 East Jefferson Street • Tallahassee, FL 32399-2300 • (850) 561-5600 • FAX: (850) 561-9405 • www.floridabar.org



**RON DESANTIS**
GOVERNOR

STATE OF FLORIDA
# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
850-717-9418

February 11, 2022

Ms. Sandra Pettus, DC# 894228
Lowell Correctional Institution Annex
11120 Northwest Gainesville Road
Ocala, Florida 34482-1479

Dear Ms. Pettus:

    Thank you for contacting Governor Ron DeSantis.

    The Florida Constitution limits the Governor's intervention in matters that should be resolved through the court system. Individuals who are unhappy with a ruling or feel a case has not been handled according to the law should speak with an attorney about what appellate procedures may be available. The Florida Bar offers a Lawyer Referral Service that can be contacted by calling toll-free at (800) 342-8011, or by writing to the address below:

    The Florida Bar
    651 East Jefferson Street
    Tallahassee, Florida 32399-2300

    Thank you again for contacting Governor DeSantis.

                                    Sincerely,

                                    Tyler Andrew
                                    Office of Citizen Services
                                    Executive Office of the Governor

TA/cas

# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
850-717-9418

**RON DESANTIS**
GOVERNOR

October 26, 2021

Inmate Sandra Pettus, DC #894228
Lowell Correctional Institution - Annex
11120 N.W. Gainesville Rd.
Ocala, FL 34482-1479

RE: Chief Inspector General Correspondence # 2021-10-26-0003

Dear Inmate Pettus:

The Office of the Chief Inspector General received your complaint on October 26, 2021.

After having had the opportunity to review your concerns, by copy of this letter, we are referring your complaint to the Inspector General for the Florida Department of Corrections for review and action deemed appropriate.

In the event that you have any further questions, please contact the Inspector General's office for the Department of Corrections by writing to the following address:

**Kenneth Sumpter, Inspector General**
**Department of Corrections**
**600 S. Calhoun St.**
**Tallahassee, FL 32399-2500**

Sincerely,

Office of the Chief Inspector General

cc: Kenneth Sumpter, Inspector General

The Law Office of:

# RAB

### R. ANDREW BEENY
Attorney and Counselor at Law
318 North Fifth Street
Saint Charles, MO 63301

Telephone (636) 947-7707
Email: Beenylawfirm@gmail.com

February 14, 2018

Sandra Williams Pettus
894228 New Dorm
Lowell Correctional Institution Annex
11120 Northwest Gainesville Rd.
Oceola, FL 34482-1479

Dear Sandra:

I received your hand written letter and articles. How thoughtful of you. I apologize for taking so long to get back to you. I do not know how to get in touch with ~~Mr. Steve Holland~~ at the Navy, so I have returned the article you sent for him.

It is really good to hear from you. It brings back fond memories of a time long past. I always, always really liked you as a person and I am so sorry for how the events in your life came to be. Do you know when you will be eligible for parole? I will come and speak on your behalf at your parole hearing if you think it would help your case.

As for me I have a good law practice in St. Charles County and built my ultimate dream home. ~~Got married. My wife ran off with another man and I got divorced two years ago.~~ I am seeing someone now and she seems to be nice, genuine person.

Take care of yourself. I am enclosing a photo that may bring back some memories. It was also taken outside of Red Lobster. If there is anything that I can do on the outside for you to make your life easier, just let me know.

Very truly yours,

*Andy —*

R. Andrew Beeny

10 of 11



Mr. Charles W. Sylvester A Private Investigator in Florida office in Enterprise Florida whom is a former F.B.I Agent in or around 2000 or so did not recieve an altered version of this that I immediately mailed to him from the Volusia county jail His number conveniently may be 386-668-2005

11 of 11